MAE HACKETT, Respondent, v. MINERVA T. HAWKINS, etc., Appellant.— Motion for stay of examination granted. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

In the Matter of the Application of AMERICAN-JEWISH PUBLISHING CORPORATION, as Owner and Publisher of The Day, a Yiddish Newspaper, for an Order Designating The Day, Pursuant to Section 97 of the Judiciary Law,* as One of the Newspapers Published within Kings County in Which All Legal Notices Required to Be Published Within Said County Shall Be Published.—Application denied, for the reason that there is no rule requiring such designation in this department. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

In the Matter of the Discovery of the Assets of the Estate of HENRY HYAMS, Deceased. KINGS COUNTY TRUST COMPANY, as Executor, etc., Appellant; SOPHIE HYAMS, Respondent.— Motion to resettle order granted. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

In the Matter of the Discovery of the Assets of the Estate of HENRY HYAMS, Deceased. KINGS COUNTY TRUST COMPANY, as Executor, etc., Appellant; SOPHIE HYAMS, Respondent.— Upon resettlement of order in accordance with the decision of April 6, 1923 [ante, p. 670], the motion by Sophie Hyams for leave to appeal to the Court of Appeals is granted and questions certified. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

In the Matter of the Discovery of the Assets of the Estate of HENRY HYAMS, Deceased. KINGS COUNTY TRUST COMPANY, as Executor, etc., Appellant; SOPHIE HYAMS, Respondent.— Upon resettlement of order in accordance with the decision of April 6, 1923 [ante, p. 670], the motion by the Kings County Trust Company as executor, etc., for leave to appeal to the Court of Appeals is denied. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

In the Matter of the Discovery of the Assets of the Estate of HENRY HYAMS, Deceased. KINGS COUNTY TRUST COMPANY, as Executor, etc., Appellant; SOPHIE HYAMS, Respondent.— Upon resettlement of order in accordance with the decision of April 6, 1923 [ante, p. 670], the motion to modify stay is granted, without costs. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ. Settle order on notice.

FRANCIS DEAN, Respondent, v. EMILY HALLIBURTON and FARMERS' LOAN AND TRUST COMPANY, Committee of the Property, etc., of WILLIAM S. HALLIBURTON, an Incompetent, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

BEATRICE S. FRIEDE, Appellant, Respondent, v. LEO . FRIEDE, Respondent, Appellant.— Order modified with respect to the defendant's visitations to his children, and except as so modified affirmed, without costs. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur. Settle order on notice.

G. T. ATANASIO & COMPANY, INC., Respondent, v. SOCIETE LES AFFRETEURS REUNIS (Three Star Line), Appellant.— Order reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The general appearance of the defendant was equivalent to personal service of the summons only as of the date upon which the notice of appearance was served.

*Amd. by Laws of 1915, chap. 475, and Laws of 1923, chap. 210.— [REP.